In The Court of Criminal Appeals
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 19 2015

Abel Acosta, Clerk

12,375-23

Ex Parte Herbert Feist

Applicant

From the Criminal District Court
Of Jefferson County

Trial Court Case No.
36429 And 366...

MOTION DENIED
DATE: 2-25-15
BY: PC

Applicant's Request For Emergency
Order Requiring Trial Court to
Hear Above Writ of Habeas Corpus
Or Allow Direct Filing to This
Court, And Injunctive/Restraining
Order Prohibiting Trial Court From
Alleging It IS Cause No. 39295
As They Constantly Do.

To The Honorable Justices:

Comes Now, Applicant Herbert
Feist, in the above said cause of
action, who makes and files this
Request, and would respectfully show

— 1 —

## I.

Applicant has filed Writ of Habeus Corpus No. 36429 and 36678, two (1978) convictions of 5 years. Offense was unauthorize use of a motor vehicle, and robbery.

## II.

District Attorney has knowingly and intentionally lied to the court some 3 times telling the court this is one writ from 1981 Agg. robbery, and Abuse of writ order was entered in 1983.

It is impossible to get these writs mixed up.

## III.

Judge Stevens has asked the Court of Criminal Appeals to take Applicant Good time because he filed the last 3 writs under an Abuse of writ order. Which is false.

## IV

Why the two Above writs can't be heard. Why an order to take my Good time based on a Known and easily proven lied is had. All this judge have to do is read the writ.

-2-

## V.

These illegal convictions are used as an enhancement. The only way to prevent further use is by Habeas Corpus.

## VI.

Applicant states an injunction and restraining order should issue to stop the trial judge from maliciously retaliating illegally having good time taken. When I'm up for parole.

A order to hear the writs filed should be had.

Wherefore, Premises Considered Applicant prays the same should be granted.

## Certificate of Service

I, Herbert Feist, certify that I have mailed a true and correct copy of Emergency Request, by U.S. postage pre paid mail to Judge Stevens, and District Attorney, Jefferson County Courthouse, 1001 Pearl St., suite 3rd Beaumont, Tx. 77701, on this 17th day of Feb 2015 Thank you,

s/ Herbert Feist

Herbert Feist #18805
Jefferson County Jail
Beaumont, Tx. 77705

— 3 —